

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER ON MOTION

Cause number:        01-15-00889-CV

Style:        Ronke Olley and Jeff Olley v. Driftwood Hospitality Mgt II LLC,

        Manager of Hyatt House Houston/Energy Corridor, Texas

Date motion filed[*]:        February 29, 2016

Type of motion:        Third Unopposed Motion for Extension of Time to File Brief

Parties filing motion:        *Pro Se* Appellants

Document to be filed:        Appellants' Brief

Is appeal accelerated?        No.

If motion to extend time:

    Original due date:        December 14, 2015

    Number of extensions granted:    2    Current Due Date:  March 1, 2016

    Date Requested:        April 18, 2016

Ordered that motion is:

    ☑ Granted

        If document is to be filed, document due:  April 18, 2016.

        ☑ No further extensions of time will be granted.

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☑ Other: _____

  Appellants' third unopposed motion for an extension of time to file appellants' brief,

  because they need more time to reach a settlement, is **granted** until April 18, 2016,

  but appellants are warned that **no further extensions will be granted** given the length

  of the prior extensions sought and granted.  *See* TEX. R. APP. P. 10.5(b)(1)(B), 38.6(d).

Judge's signature: /s/ Laura C. Higley
                ☒ Acting individually

Date: March 3, 2016

November 7, 2008 Revision